**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: REZZARDI, JEFFREY M                    Case No. 07-03427
                                              Chapter  7
_____,
                  Debtor

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>BRADLEY J. WALLER</u>_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.  If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 01/15/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 12/04/2009        By: /s/BRADLEY J. WALLER
                                                                                                 Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: REZZARDI, JEFFREY M

Case No. 07-03427
Chapter 7

Debtor

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,012.50 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 3,012.50 |

Claims of secured creditors will be paid as follows:

*Claimant*                                           *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 753.13 | $ 91.50 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____   $_____   $_____
*Attorney for* _____   $_____   $_____
*Accountant for* _____   $_____   $_____
*Appraiser for* _____   $_____   $_____
*Other* _____   $_____   $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                         *Allowed Amt. of Claim*   *Proposed Payment*
                            N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,023.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Joliet Doctor's Clinic | $ 465.00 | $ 167.36 |
| 2 | eCAST Settlement Corporation - Best Buy | $ 5,558.17 | $ 2,000.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                         *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

3427    Doc 34    Filed 12/07/09    Entered 12/09/09 23:35:08    Desc Imaged
Certificate of Service    Page 7 of 8

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: ckeith                  Page 1 of 1             Date Rcvd: Feb 28, 2007
Case: 07-03427                 Form ID: b9a                  Total Served: 21

The following entities were served by first class mail on Mar 02, 2007.
db          +Jeffrey M Rezzardi,    308 Dewey,    Joliet, IL 60436-2137
aty         +John C Renzi,    June Prodehl & Renzi LLC,     1861 Black Road,    Joliet, IL 60435-3420
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,     2045 Aberdeen Court,
              Sycamore, IL 60178-3140
11202199    +Bank of America,    255 N. Pass Ave.,    Tuluca, CA 91505-3997
11202200    +Best Buy,   P.O. Box 17298,    Baltimore, MD 21297-1298
11202201    +Central Professional Group,    401 A Pilot Ct.,    Waukesha, WI 53188-2439
11202203    +Consultants In Clinical Pathology,     37416 Eagle Way,    Chicago, IL 60678-1374
11202204    +Direct T.V.,    P.O. Box 830032,    Baltimore, MD 21283-0032
11202205    +GMAC Auto,    P.O. Box 3100,    Midland, TX 79702-3100
11202209    +JUNE, PRODEHL & RENZI, LLC,     1861 Black Road,    Joliet, IL 60435-3420
11202206    +Jewel-Osco,    Commercial Control,    7250 Beverly Blvd., Ste. 200,    Los Angeles, CA 90036-2560
11202207    +Joliet Doctor's Clinic,    2450 Glenwood Ave,    Joliet, IL 60435-5779
11202208    +Joliet Radiological Service,    Illinois Collection Service,     P.O. Box 646,
              Oak Lawn, IL 60454-0646
11202210    +Little Company of Mary,    2800 W. 95th St.,    Evergreen Park, IL 60805-2795
11202212    +Pathology Laboratory Consultants,     7627 W. Lake St.,    Ste. 210,    River Forest, IL 60305-1878
11202213    +Prairie Emergency Service,    725 S. Wells,    Ste. 700,    Chicago, IL 60607-4578
11202214    +Prairie Emergency Services,    P.O. Box 5406,    Cincinnati, OH 45273-0001
11202215    +Provena St. Joseph's Medical Center,     333 N. Madison,    Joliet, IL 60435-8233
11202216     Sunrise Medical Center,    P.O. Box 9908,    Bedford, TX 76095
11202218    +Walmart,   c/o FMS INC,    P.O. Box 707600,    Tulsa, OK 74170-7600

The following entities were served by electronic transmission on Mar 01, 2007.
11202200     +EDI: HFC.COM Mar 01 2007 01:47:00      Best Buy,    P.O. Box 17298,    Baltimore, MD 21297-1298
11202202      EDI: CHASE.COM Mar 01 2007 01:48:00      Chase Card Services,     P.O. Box 8650,
              Wilmington, DE 19899-8650
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11202211     Oxford Home
11202217     US Cellular
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2007                    Signature: *Joseph Speetjens*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey               Page 1 of 1          Date Rcvd: Dec 07, 2009
Case: 07-03427                 Form ID: pdf006            Total Noticed: 22

The following entities were noticed by first class mail on Dec 09, 2009.
db         +Jeffrey M Rezzardi,    101 Aux Sable,    Minooka, IL 60447-9575
aty        +John C Renzi,   June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3591
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
11202199   +Bank of America,    255 N. Pass Ave.,    Tuluca, CA 91505-3997
11202200   +Best Buy,   P.O. Box 17298,    Baltimore, MD 21297-1298
11202201   +Central Professional Group,    401 A Pilot Ct.,    Waukesha, WI 53188-2481
11202202    Chase Card Services,    P.O. Box 8650,    Wilmington, DE 19899-8650
11202203   +Consultants In Clinical Pathology,    37416 Eagle Way,    Chicago, IL 60678-0001
11202204   +Direct T.V.,    P.O. Box 830032,    Baltimore, MD 21283-0032
11202205   +GMAC Auto,    P.O. Box 3100,   Midland, TX 79702-3100
11202209   +JUNE, PRODEHL & RENZI, LLC,    1861 Black Road,    Joliet, IL 60435-3591
11202206   +Jewel-Osco,    Commercial Control,    7250 Beverly Blvd., Ste. 200,    Los Angeles, CA 90036-2560
11202207   +Joliet Doctor's Clinic,    2450 Glenwood Ave,    Joliet, IL 60435-5779
11202208   +Joliet Radiological Service,    Illinois Collection Service,    P.O. Box 646,
             Oak Lawn, IL 60454-0646
11202210   +Little Company of Mary,    2800 W. 95th St.,    Evergreen Park, IL 60805-2795
11202212   +Pathology Laboratory Consultants,    7627 W. Lake St.,    Ste. 210,    River Forest, IL 60305-1878
11202213   +Prairie Emergency Service,    725 S. Wells,    Ste. 700,    Chicago, IL 60607-4578
11202214   +Prairie Emergency Services,    P.O. Box 5406,    Cincinnati, OH 45273-0001
11202215   +Provena St. Joseph's Medical Center,    333 N. Madison,    Joliet, IL 60435-8233
11202216    Sunrise Medical Center,    P.O. Box 9908,    Bedford, TX 76095
11202218   +Walmart,   c/o FMS INC,    P.O. Box 707600,    Tulsa, OK 74170-7600
11509172    eCAST Settlement Corporation,    Assignee of Household Bank,    (Best Buy Co., Inc.),
             P.O. Box 7247-6971,    Philadelphia, PA 19170-6971

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11202211     Oxford Home
11202217     US Cellular
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2009**                           **Signature:** *Joseph Speetjens*